NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NUCLIMATE AIR QUALITY SYSTEMS, INC., and JAMES MILLER,**
*Plaintiffs-Appellees,*

v.

**AIRTEX MANUFACTURING PARTNERSHIP (successor in interest to M & I Heat Transfer Products, Ltd.),**
*Defendant-Appellant.*

---

2012-1184

---

Appeal from the United States District Court for the Northern District of New York in Case No. 08-CV-0317, Judge Glenn T. Suddaby.

---

**JUDGMENT**

---

LAURA W. SMALLEY, Harris Beach PLLC, of Pittsford, New York, argued for plaintiffs-appellees. With her on the brief was NEAL L. SLIFKIN.

JAMES J. MEREK, Merek, Blackmon & Voorhees, LLC, of Alexandria, Virginia, argued for defendant-appellant. With him on the brief was DAVID H. VOORHEES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 5, 2012             /s/ Jan Horbaly
Date                      Jan Horbaly
                           Clerk